| | | |
|---|---|---|
| KENNETH HENDERSON, on behalf of himself and all others similarly situated | ) | **United States District Court**<br>**Northern District of Illinois** |
| Plaintiffs, | ) | Case No.: 1:26-cv-3129 |
| v. | ) | |
| Wahl Clipper Corporation, | ) | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties to the above- captioned action, through their undersigned counsel, that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that each party shall bear its own costs, expenses, and attorneys' fees, except as otherwise agreed in writing by the parties.

Dated: August 21, 2026

***/s/ Alison Chan***
By: Alison Chan, Esq.
EQUAL ACCESS LAW GROUP, PLLC
4903 Avenue N,
Brooklyn, NY 11234
O: (844) 731-3343
C: (630)-478-0856
Email: achan@ealg.law
*Attorneys for Plaintiff*

**/s/ *Ryan T. Benson***
By: Ryan T Benson
O'Hagan Meyer, LLC.
One E. Wacker Drive Suite 3400
Chicago, IL 60601
T: (312) 422-6100
Email: Rbenson@ohaganmeyer.com
*Attorneys for Defendant*